IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT ELIAS SPIVEY,

      Appellant,

v.

FLORIDA DEPARTMENT OF
REVENUE and TONI-ANN
MARIE FAELLA,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3366

_____/

Opinion filed May 3, 2016.

An appeal from a final order of the State of Florida, Department of Revenue.

Devin Paul Tison of Tison Law Firm, P.A., Ft. Lauderdale, for Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant
Attorney General, Tallahassee, for Appellee Florida Department of Revenue.

PER CURIAM.

      AFFIRMED.

ROBERTS, CJ., LEWIS and RAY, JJ., CONCUR.